**Order filed December 2, 2015**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-14-01019-CV

—————————

### NEWELL M. EVANS, Appellant

### V.

### THEODORE P. FULLER, Appellee

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCV-187877**

## ORDER

Appellant is proceeding as indigent. The court reporter responsible for preparing the record has informed the court that appellant has not designated the portions of the record he wants prepared. *See* Tex. R. App. P. 34.6(b).

Accordingly, appellant is **ORDERED** to designate the reporter's record in accordance with Tex. R. App. P. 34.6(b) and provide proof of his designation to this court by **December 9, 2015**. If appellant fails to do so, we may consider and decide those issues or points that do not require a reporter's record. *See* Tex. App.

P. 37.3(c).

PER CURIAM